UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>vs.<br><br>PORT OF SEATTLE,<br><br>    Defendant. | NO. C17-566RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on Thursday, May 11, 2017 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within forty-five (45) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 11th day of May, 2017.

                                                               _____
                                                               Robert S. Lasnik
                                                               United States District Judge

ORDER OF DISMISSAL